IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10784
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RONALD STAPLES,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:91-CR-001-8-A
- - - - - - - - - -
February 10, 1999

Before BARKSDALE and EMILIO M. GARZA, Circuit Judges.*

PER CURIAM:**

        Ronald Staples appeals the district court's sentence
following his conviction for conspiracy and making fraudulent
declarations to the Immigration and Naturalization Service.
He argues that the court abused its discretion when it departed
upward and sentenced him to 33 months of imprisonment.  He also
argues that the court erred by assessing him a leadership role in
the conspiracy.

_____

        *This matter is being decided by a quorum.  28 U.S.C. §
46(d).

        **  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

We have reviewed the record and the briefs of the parties and find no reversible error.  Accordingly, we AFFIRM.

AFFIRMED.